**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Hon. Terrence Holmes
455 Milam
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. Wayln G. Thompson
Assistant District Attorney
Jefferson County Courthouse
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00380-CR
Tr.Ct.No. 12-14114
Style:      Lawrence James Jr. v. The State of Texas

Dear Sir/Madam:

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Monday, February 02, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch